

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

## O R D E R

Sitting:     Marialyn Barnard, Justice
              Rebeca C., Martinez, Justice
              Patricia O. Alvarez, Justice

On July 8, 2015, this court issued a memorandum opinion and judgment that reversed the trial court's order and dissolved a temporary injunction. On September 15, 2015, in an opposed motion, Appellant moved this court to (1) sever Appellees' claims against Appellant from those against the City of Shavano Park and (2) issue the mandate immediately.

Appellant's motion is DENIED. *See* TEX. R. APP. P. 18.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court